Certificate Number: 12433-PAE-DE-031045696

Bankruptcy Case Number: 18-11746



12433-PAE-DE-031045696

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 17, 2018</u>, at <u>6:41</u> o'clock <u>AM EDT</u>, <u>Jennifer L. Garlick</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>May 17, 2018</u>

By:     <u>/s/Lisa Susoev</u>

Name:   <u>Lisa Susoev</u>

Title:   <u>Teacher</u>