# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 18-10840-ELF

JACLYN RHOADS

301 HARRISON AVENUE

NORWOOD, PA 19074

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JACLYN RHOADS

    301 HARRISON AVENUE

    NORWOOD, PA 19074

**Counsel for debtor(s), by electronic notice only.**
    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                            /s/ William C. Miller

Date: 7/12/2018

                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee