United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-10840-elf
Jaclyn Rhoads                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 2            Date Rcvd: Oct 03, 2018
                            Form ID: pdf900        Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
```
db          +Jaclyn Rhoads,    301 Harrison Avenue,    Norwood, PA 19074-1611
14055922    +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
14081201     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14052402    +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
14055923    +Chase Card Services,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
14052403    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14055925    +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    PO Box 790040,
              Saint Louis, MO 63179-0040
14055926    +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040,
              St Louis, MO 63179-0040
14055927    +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
              Saint Louis, MO 63179-0040
14052404    +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14052406    +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
14052408    +Philadelphia Fcu,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14052409    +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14052414    +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14052417    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
              Frederick, MD 21701)
14052416    +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
14058757     Wells Fargo Bank, N.A.,    1 Home Campus F2303-01E,    Des Moines, IA 50328-0001
14091924     Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
              Eagan MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Oct 04 2018 02:19:47     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2018 02:19:31
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2018 02:19:42     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Oct 04 2018 02:19:47     City of Philadelphia,
              c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,    Philadelphia, PA  19102
cr          +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:29     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14176799     E-mail/Text: megan.harper@phila.gov Oct 04 2018 02:19:46     City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
14203362     E-mail/Text: megan.harper@phila.gov Oct 04 2018 02:19:47
              City of Philadelphia/Water Revenue Bureau,    c/o Joshua Domer, Esquire,
              Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA   19102
14077361     E-mail/Text: mrdiscen@discover.com Oct 04 2018 02:19:20     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14052405    +E-mail/Text: mrdiscen@discover.com Oct 04 2018 02:19:20     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
14055929    +E-mail/Text: mrdiscen@discover.com Oct 04 2018 02:19:20     Discover Financial,    PO Box 3025,
              New Albany, OH 43054-3025
14052407    +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2018 02:19:21     Kohls/capone,
              Po Box 3115,    Milwaukee, WI 53201-3115
14092091     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2018 02:30:19
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14070645    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2018 02:19:39     Midland Funding LLC,
              PO Box 2011,    Warren MI 48090-2011
14052688    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 02:29:53
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14052410    +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:53     Syncb/amazon,    Po Box 965015,
              Orlando, FL 32896-5015
14052411    +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:29     Syncb/old Navy,    Po Box 965005,
              Orlando, FL 32896-5005
14052412    +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:53     Syncb/paypal Extras Mc,
              Po Box 965005,    Orlando, FL 32896-5005
14052413    +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:30     Syncb/toysrus,    Po Box 965005,
              Orlando, FL 32896-5005
14052415    +E-mail/Text: bankruptcydepartment@tsico.com Oct 04 2018 02:19:56     Transworld System Inc/,
              500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2707
                                                                                              TOTAL: 19
```

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                  Date Rcvd: Oct 03, 2018
                               Form ID: pdf900              Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14055924*        +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14055928*        +Citizens Bank,     1 Citizens Dr,    Riverside, RI 02915-3000
14055930*        +Erik B. Jensen P.C.,     1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
14055931*        +Kohls/capone,    Po Box 3115,    Milwaukee, WI 53201-3115
14055932*        +Philadelphia Fcu,     425 Phillips Blvd,    Ewing, NJ 08618-1430
14055933*        +Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
14055934*        +Syncb/old Navy,     Po Box 965005,    Orlando, FL 32896-5005
14055935*        +Syncb/paypal Extras Mc,     Po Box 965005,    Orlando, FL 32896-5005
14055936*        +Syncb/toysrus,    Po Box 965005,    Orlando, FL 32896-5005
14055937*        +Transworld System Inc/,     500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2707
14055939*       ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                   ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,      8480 Stagecoach Cir,
                   Frederick, MD 21701)
14055938*        +Wells Fargo Bank Nv Na,     Po Box 31557,    Billings, MT 59107-1557
                                                                                               TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Jaclyn  Rhoads akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    Philadelphia Federal Credit Union
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 13 |
|---|---|---|
| JACLYN RHOADS, | : | |
| Debtor(s) | : | Bky. No.  18-10840 ELF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:  October 3, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**