## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     JACLYN RHOADS, | : | |
| | : | |
|     Debtor | : | Bky. No. 18-10840 ELF |

# O R D E R

**AND NOW**, upon consideration of the Certification of Default filed by Wells Fargo Bank, N.A. ("the COD") (Doc. # 60), it is hereby **ORDERED** that:

1. The Order entered on **October 3, 2018**, dismissing this case is **MODIFIED** to so that the court retains jurisdiction to consider the propriety of granting, post-dismissal, the remedies provided in the parties' Stipulation (Doc. # 43) approved on **August 16, 2018**.

2. A hearing to consider the COD is **SCHEDULED** on **November 13, 2018, 9:30 a.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

3. Counsel for both Wells Fargo Bank, N.A. and the Debtor **SHALL ATTEND** the hearing.

Date:   October 31, 2018

                                        **ERIC L. FRANK**
                                        **U.S. BANKRUPTCY JUDGE**