# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jaclyn Rhoads, aka Jacklyn Dispensa<br><br>                               Debtor | 18-10840 ELF<br><br>Chapter 13 Proceeding |
| WELLS FARGO BANK, N.A.<br>                               Movant<br>v.<br>Jaclyn Rhoads, aka Jacklyn Dispensa<br>and William C. Miller, Esquire<br>                          Respondents | |

17-1430

## ORDER

AND NOW, this 13th day of November , 2018, it is hereby **ORDERED** that any future bankruptcy case filed by the Debtor(s), their successors, assigns or any other occupants of the Property, filed within one (1) year of this Order, will not operate as a stay of any actions taken by the Movant, its successors or assigns for enforcement of the right to possession of the premises; and,

It is further **ORDERED** that the Recorder of Deeds for Gloucester County, New Jersey may record this Order, pursuant to 11 U.S.C. §362(d)(4); and,

It is further **ORDERED** that if this Order is recorded in the above manner, it shall be binding in any bankruptcy case for the time period agreed upon by the parties in their earlier Stipulation of record, previously approved by this court.

It is further **ORDERED**  that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Interested Parties:
Harry B. Reese
Attorney for Movant

Erik B. Jensen, Esquire
Attorney for Debtor

Jaclyn Rhoads
Debtor

William C. Miller, Esquire
Trustee