United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10840-elf
Jaclyn Rhoads                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore           Page 1 of 1            Date Rcvd: Nov 14, 2018
                            Form ID: pdf900           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db             +Jaclyn Rhoads,    301 Harrison Avenue,    Norwood, PA 19074-1611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:56:06      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:24
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2018 03:55:53     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:56:05     City of Philadelphia,
                c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,    Philadelphia, PA  19102
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 03:59:35      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Jaclyn  Rhoads akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    Philadelphia Federal Credit Union
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Jaclyn Rhoads, aka Jacklyn Dispensa<br><br>Debtor<br>WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>Jaclyn Rhoads, aka Jacklyn Dispensa<br>and William C. Miller, Esquire<br>Respondents | 18-10840 ELF<br><br>Chapter 13 Proceeding |

17-1430

**ORDER**

AND NOW, this 13th day of November, 2018, it is hereby **ORDERED** that any future bankruptcy case filed by the Debtor(s), their successors, assigns or any other occupants of the Property, filed within one (1) year of this Order, will not operate as a stay of any actions taken by the Movant, its successors or assigns for enforcement of the right to possession of the premises; and,

It is further **ORDERED** that the Recorder of Deeds for Gloucester County, New Jersey may record this Order, pursuant to 11 U.S.C. §362(d)(4); and,

It is further **ORDERED** that if this Order is recorded in the above manner, it shall be binding in any bankruptcy case for the time period agreed upon by the parties in their earlier Stipulation of record, previously approved by this court.

It is further **ORDERED** that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Interested Parties:
Harry B. Reese
Attorney for Movant

Erik B. Jensen, Esquire
Attorney for Debtor

Jaclyn Rhoads
Debtor

William C. Miller, Esquire
Trustee